**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

| | |
|---|---|
| IN RE:<br><br>JAMES E ALBRIGHT, III<br>TRACI V ALBRIGHT<br><br>　　Debtors<br><br>DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SAXON ASSET SECURITIES TRUST 2007-1<br>3701 Regent Boulevard<br>Irving, TX 75063<br><br>　　Movant<br><br>v.<br><br>JAMES E ALBRIGHT, III<br>TRACI V ALBRIGHT<br>7324 Proud Clarion Ln<br>Midlothian, VA 23112<br><br>　　Respondents | Case No. 08-35840-KRH<br>Chapter 13<br><br>Motion No. |

### ORDER GRANTING RELIEF FROM STAY

　　Upon consideration of the motion of Deutsche Bank National Trust Company, as Trustee for Saxon Asset Securities Trust 2007-1 to modify the automatic stay and a hearing having been held; it is

　　ORDERED that the automatic stay imposed by 11 U.S.C. Section 362(a) is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 7324 Proud Clarion Ln Midlothian, VA 23112, and is more particularly described as follows:

　　Lot 17, Section 6, Deer Run, recorded in the Clerk's Office Circuit Court, Chesterfield County, VA, in Plat Book 73, page 59-61.

Which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

MARK D. MEYER
VA BAR 74290

ROSENBERG &
ASSOCIATES, LLC
7910 WOODMONT AVENUE
SUITE 750
BETHESDA, MARYLAND 20814
301-907-8000

FILE NUMBER: 23920

Page 1

Done at Richmond, Virginia, this _____.

_____
United States Bankruptcy Judge

Entered on docket:_____

I ask for this:
/s/ Mark D. Meyer
Mark D. Meyer

Copy to:

Mark D. Meyer
Richard James Oulton, Esquire
Carl M. Bates, Trustee

Copy Mailed to:

JAMES E ALBRIGHT, III
TRACI V ALBRIGHT

The undersigned certifies that the foregoing Consent Order Modifying Automatic Stay is identical to the form order required by Administrative Order 10-2 and that no modification, addition, or deletion has been made.

/s/ Mark D. Meyer
Mark D. Meyer

Local Rule 9022-1(C) Certification

The foregoing Order was endorsed by and/or served upon all necessary parties pursuant to Local Rule 9022-1(C).

/s/ Mark D. Meyer
Mark D. Meyer

Mark D. Meyer
VA Bar 74290

Rosenberg &
Associates, LLC
7910 Woodmont Avenue
Suite 750
Bethesda, Maryland 20814
301-907-8000

File Number: 23920